**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEVIN D. JACKSON AND JAYLA ALLEN** | **NO. 3:22-cv-00886-JWD-SDJ** |
| **v.** | **JUDGE JOHN W. DEGRAVELLES** |
| **HANI M ASMAR, ASMAR TRUCKING, LLC., CANAL INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY** | **MAG. SCOTT D. JOHNSON** <br> **JURY TRIAL** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE

NOW INTO COURT, through undersigned counsel, come Defendants, HANI M ASMAR, ASMAR TRUCKING, LLC., and CANAL INSURANCE COMPANY, who move to continue the Magistrate Settlement Conference set for September 7, 2023 (Doc. 30). As set forth below, the parties had already scheduled a private in-person mediation for September 26, 2023 and agree that they would like to proceed with the private mediation before a Magistrate Settlement Conference.

1.

The subject lawsuit arises from a February 19, 2022 rear-end motor vehicle accident on Interstate 10 in East Baton Rouge Parish between Plaintiffs, Devin D. Jackson and Jayla Allen, and Defendant, Hani Asmar.

2.

This Court's Scheduling Order of May 19, 2023 (Doc. 29) set a fact discovery cut-off of November 20, 2023 and an expert discovery cut-off of April 15, 2024. The Court set a deadline for dispositive motions of May 15, 2024. Trial is set for November 18, 2024.

3.

The Parties completed the Plaintiffs' depositions on June 1, 2023 and have exchanged initial written discovery. Currently, there are no discovery controversies between the Parties, and the Parties do not anticipate any issues that would impede the timely completion of discovery.

4.

Also on May 19, 2023, this Court also issued a Settlement Conference Order (Doc. 30) setting a Settlement Conference for September 7, 2023.

5.

On April 20, 2023, prior to the Court's Settlement Conference Order, the Parties had already set this lawsuit for a private in-person mediation to take place on September 26, 2023.

6.

The Parties are requesting that the September 7, 2023 Settlement Conference be continued until November 2023 or later in order to give the private mediation a chance to resolve this case without the necessity of further action by this Court.

7.

Undersigned Counsel has discussed this issue with all Counsel of record, and all Parties agree to the continuance of the September 7, 2023 Magistrate Settlement Conference.

8.

Federal Rule of Civil Procedure 16(b)(4) allows a court to modify its scheduling orders "for good cause and with the judge's consent."

WHEREFORE, the Parties jointly move to continue the September 7, 2023 Settlement Conference until a date in November 2023 or later.

*/s/ Trent P. Roddy*
_____
**GUY D. PERRIER, T.A. #20323**
**TRENT P. RODDY, #29404**
**PATRICK R. SCHMIDT, #37861**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
gperrier@perrierlacoste.com
troddy@perrierlacoste.com
Tel: (504) 212-8820
Fax: (504) 212-8825
**ATTORNEYS FOR DEFENDANTS,**
**HANI M ASMAR, ASMAR TRUCKING,**
**LLC., and CANAL INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this **18th** day of **July, 2023**, at their last known address of record.

*/s/ Trent P. Roddy*
_____
TRENT P. RODDY