**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEVIN D. JACKSON AND JAYLA ALLEN** | **NO. 3:22-cv-00886-JWD-SDJ** |
| **v.** | **JUDGE JOHN W. DEGRAVELLES** |
| **HANI M ASMAR, ASMAR TRUCKING, LLC., CANAL INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY** | **MAG. SCOTT D. JOHNSON**<br><br>**JURY TRIAL** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the forgoing *UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE*,

IT IS ORDERED THAT the *Unopposed Motion Continue Settlement Conference* is Granted and that the September 7, 2023 Settlement Conference is upset and continued until _____ at _____.

Baton Rouge, Louisiana this _____ day of _____, 2023.

_____
**DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**